

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2019

No. 04-19-00513-CV

**IN THE INTEREST OF B.L.G, M.Y.G., P.J.D., R.N.D., AND A.V.D., CHILDREN**,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01530
Honorable Linda A. Rodriguez, Judge Presiding

## O R D E R

In this accelerated appeal of the July 25, 2019 order terminating Dad's parental rights, the appellate record with respect to Dad was complete on August 8, 2019.

Appellant Dad's brief was due to be filed with this court on August 28, 2019. *See* Tex. R. App. P. 38.6(a). On the due date, Dad filed a motion for an extension of time to file his brief until September 17, 2019.

Appellant Dad's motion is GRANTED. His brief is due on September 17, 2019. Any further motion for extension of time to file the brief is discouraged. *See* Tex. R. Jud. Admin. 6.2 (directing courts of appeals to dispose of parental rights termination suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of August, 2019.

_____
Keith E. Hottle,
Clerk of Court